**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

*271-A Cadman Plaza East*
*Brooklyn, New York 11201*

August 28, 2026

By ECF

Honorable Anne Y. Shields
United States Magistrate Judge
Eastern District of New York
100 Federal Plaza
Central Islip, New York 11722

Re: *United States, et al. v. Harbourview Realty, LLC, et al.*
Civil Action No. 26-cv-00953 (NJC)(AYS)

Dear Judge Shields:

This joint letter is respectfully submitted on behalf of the parties as directed in Your Honor's Order dated August 20, 2026.

Since the joint status letter dated July 13, 2026, Plaintiffs have completed their review of the testing data and other documents that the parties had exchanged as of July 8, 2026. It is Plaintiffs' position that Defendants' production reflects significant misunderstandings of Plaintiffs' position in this action pursuant to the Clean Water Act and New York Environmental Conservation Law. Plaintiffs plan to set up a meeting in an effort to explain to Defendants the flaws in their arguments and misinterpretations of facts.

On August 5, 2026, a field visit and sampling was conducted on behalf of Third-Party Defendant/Cross-Claimant Village of Roslyn ("the Village") at the Harbourview Shoppes Site. On August 24, the Village provided the parties with a 45-page report of the visit and sampling event.

Defendants/Third Party Plaintiffs' position is that no testing has yet to be done at the Premises and no attempt or effort has been made by Plaintiffs to do any such testing. The testing that was done previously by the Village did not even include for the pollutant that defendants allegedly discharged, and the recent testing by the Village was at the outflow of the Village's system, not defendants' property, were numerous properties could be the source of any discharges into the harbor. In fact, even the recent testing recognized other potential sources of the chloroform levels such animal droppings. The report provided by the Village was done numerous years ago, does not contain any testing at defendants' property, and is irrelevant to the claims. No meeting is required and the defendants fully understand the issues present. Defendants will seek a pre-motion conference with the District Judge for a motion for summary judgment and other relief.

Thank you for Your Honor's consideration of this submission.

Respectfully submitted,

JOSEPH NOCELLA
United States Attorney
*Attorney for Plaintiff United States*

By:

KATHLEEN A. MAHONEY
Assistant U.S. Attorney
Senior Litigation Counsel
(718) 254-6026
kathleen.mahoney@usdoj.gov

cc: By ECF
Counsel of Record